# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **IDIL ISSAK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-238 |
| | ) | |
| **UNIVERSITY OF TENNESSEE –** | ) | Judge Crytzer |
| **KNOXVILLE,** *et al.*, | ) | Magistrate Judge McCook |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND DEADLINES AND PAGE LIMITS

The Parties jointly submit this request to extend the deadlines for briefing on Defendants' response to the Complaint and to extend the page limitations for this briefing. Fed. R. Civ. P. 6(b); Local Rule 7.01. Good cause exists to grant this motion.

Previously, Defendants' response to the Complaint was due on August 15, 2025. Dkt. 30. The Parties met and conferred on August 1, 2025, to discuss whether certain arguments Defendants intended to raise in a motion to dismiss could be cured by amendment. Due, in part, to this conversation, on August 14, 2025, Plaintiffs filed an Amended Complaint, which dropped two defendants, added six new defendants, added many new factual allegations, and added one new claim. Defendants' response to the Amended Complaint is due August 27, 2025. Fed. R. Civ. P. 15(a)(3). In order to address the changes in the Amended Complaint and give the Parties time to confer on Defendants' revised motion to dismiss, Defendants request a short extension, until September 2, 2025, to file a response to the Amended Complaint. Due to the likely complexity of this forthcoming

1

motion, Plaintiff requests an extension until September 23, 2025, to file a response. And Defendants request an extension until October 7, 2025, to file a reply.

Because of the large number of Defendants and the complex jurisdictional and constitutional issues this lawsuit presents, the Parties also need extensions of the standard page limits to adequately address all relevant arguments. Thus, the Parties ask that Defendants be allowed to file a 35-page memorandum of law, that Plaintiffs be allowed a 35-page memorandum of law, and that Defendants be allowed an 8-page reply.

For these reasons, the Parties request that the Court grant this motion.

Respectfully submitted,

/S/ *Margot J. Cleveland (signed with permission by Miranda Jones on 8/19/2025)*
Kaitlyn D. Schiraldi (TN Bar No. 039737)
Margot J. Cleveland (MI Bar No. P83564)*
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
(202) 869-5210
Kaitlyn.Schiraldi@ncla.legal
Margot.Cleveland@ncla.legal
*Admitted Pro Hac Vice

Ben M. Rose (TN Bar No. 21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com
*Counsel for Plaintiff Idil Issak*


JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Miranda Jones*
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General
ANDREW DENNING (BPR# 042208)

2

Assistant Attorney General
Constitutional Defense Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 521-0417
Miranda.Jones@ag.tn.gov
Andrew.Denning@ag.tn.gov
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below:

Ben M. Rose (TN Bar No. 21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com

Kaitlyn D. Schiraldi (TN Bar No. 039737)
Margot J. Cleveland (MI Bar No. P83564)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
(202) 869-5210
Kaitlyn.Schiraldi@ncla.legal
Margot.Cleveland@ncla.legal
*Counsel for Plaintiff Idil Issak*

s/ *Miranda Jones*
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General

3