# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **IDIL ISSAK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:25-cv-238 |
| **RANDY BOYD, PRESIDENT OF THE** ) | |
| **UNIVERSITY OF TENNESSEE** ) | Judge Crytzer |
| **SYSTEM, in his Official Capacity,** *et al.*, ) | Magistrate Judge McCook |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND DEADLINES

The Parties jointly submit this request to extend the deadlines for Plaintiff's response to Defendants' Motion to Dismiss and Defendants' reply. Local Rule 7.01. Good cause exists to grant this motion.

Currently, Plaintiff's response to the Motion to Dismiss is due on September 23, 2025. Dkt. 41. Defendants' reply is due on October 7, 2025. The Parties are arranging an agreement to ask the Court to seal or redact certain documents in the record. To ensure the Parties have adequate time to agree on the best course of action, Plaintiff requests a short extension, until September 30, 2025, to file a response to the Motion to Dismiss. And Defendants request an extension until October 14, 2025, to file a reply.

For these reasons, the Parties request that the Court grant this motion.

1

Respectfully submitted,

/S/ *Margot J. Cleveland*
Kaitlyn D. Schiraldi (TN Bar No. 039737)
Margot J. Cleveland (MI Bar No. P83564)*
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
(202) 869-5210
Kaitlyn.Schiraldi@ncla.legal
Margot.Cleveland@ncla.legal
*Admitted Pro Hac Vice

Ben M. Rose (TN Bar No. 21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com
*Counsel for Plaintiff Idil Issak*


JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Miranda Jones*
MIRANDA JONES (BPR# 036070)
Senior Assistant Attorney General
ANDREW DENNING (BPR# 042208)
Assistant Attorney General
Constitutional Defense Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 521-0417
Miranda.Jones@ag.tn.gov
Andrew.Denning@ag.tn.gov
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below:

Ben M. Rose (TN Bar No. 21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com

Kaitlyn D. Schiraldi (TN Bar No. 039737)
Margot J. Cleveland (MI Bar No. P83564)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
(202) 869-5210
Kaitlyn.Schiraldi@ncla.legal
Margot.Cleveland@ncla.legal
*Counsel for Plaintiff Idil Issak*

/S/ *Margot J. Cleveland*
Margot J. Cleveland (MI Bar No. P83564)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203