

# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Sep 18, 2025 3:15PM

New Civil Liberties Alliance
4250 Fairfax Dr
Ste 300
Arlington, VA 22203-1665

Rcpt. No: 300006660     Trans. Date: Sep 18, 2025 3:15PM     Cashier ID: #JF (2318)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNE325BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1278 | 09/18/2025 | | $150.00 |

Total Due Prior to Payment: $150.00
Total Tendered: $150.00
Total Cash Received: $0.00

**Comments:** PHV 3:25cv238 Zhonette Brown

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Idil Issak

    Plaintiff,

v.

Randy Boyd, et al.

    Defendant.

Case No. 3:25-cv-00238

FILED
SEP 18 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Idil Issak** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Colorado, Virginia, District of Columbia

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
(Signature–hand signed)

Name: Zhonette Brown
Firm: New Civil Liberties Alliance
Address:

    4250 N. Fairfax Dr. Ste. 300 Arlington, VA 22203

Email address: zhonette.brown@ncla.legal

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

 

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ZHONETTE M. BROWN

was, on the ___6th___ day of ___January___ A.D. ___2003___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___26th___ day of ___August___ A.D. ___2025___.



*[signature]*

**ANGELA D. CAESAR,** Clerk of Courts

By: ___/s/ Ángeles Brown___

**Deputy Clerk**

**New Civil Liberties Alliance**

4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203



NOVA 220
9 SEP 2025 PM 3 L

LeAnna Wilson, Clerk of Court, Eastern District of Tennessee
800 Market St.
Suite 130
Knoxville, TN
37902

RECEIVED
SEP 18 2025
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville