IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IDIL ISSAK,<br><br>   Plaintiff,<br><br> v.<br><br>RANDY BOYD, PRESIDENT OF THE UNIVERSITY OF TENNESSEE SYSTEM, in his Official Capacity, *et al.*,<br><br>   Defendants. | No. 3:25-cv-00238-KAC-JEM |

**STIPULATED PRODUCTION SPECIFICATIONS**

 **1.**  **Production Format of ESI and Imaged Hard Copy Documents**

Responsive documents and ESI will be produced via physical media or .zip file(s) uploaded to an electronic file transfer site, in accordance with the written instructions provided by counsel for the Requesting Party or as otherwise agreed by the Parties. The physical media and/or .zip file(s) shall be encrypted, and the Producing Party will provide a decryption key in a communication separate from the production itself. Every effort will be made to protect the security and confidentiality of materials exchanged.

Responsive ESI and imaged hard copy documents shall be produced in the format outlined below. All ESI, except as outlined below in sections 4–15, shall be rendered to TIFF image format, and accompanied by an Opticon/Concordance® Image Cross Reference file. All applicable metadata/database (*see* section 2 below) shall be extracted and provided in Concordance® load file format.

  a. **Image File Format:** All documents shall be produced in black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image.

  b. When producing black and white paper documents scanned to images, or rendered ESI, they shall be produced as 300 dpi, 1 bit, single-page TIFF files, CCITT Group IV (2D Compression). When producing in color, paper documents scanned to images, or rendered ESI, they shall be produced as 300 dpi single-page JPG. Images should be uniquely and sequentially Bates numbered and unless otherwise specified, Bates numbers should be an endorsement on each image.

1

i. All TIFF file names shall include the unique Bates number burned into the image. (*See* section 17, below, regarding Bates number instructions.)
ii. All TIFF image files shall be stored with the ".tif" extension.
iii. Images without corresponding extracted text shall be OCR'd using standard COTS products.
    1. An exception report shall be provided when limitations of paper digitization software/hardware or attribute conversion do not allow for OCR text conversion of certain images. The report shall include the Bates number(s) corresponding to each such image.
iv. All pages of a document or all pages of a collection of documents that comprise a folder or other logical grouping, including a box, shall be delivered on a single piece of media.
v. No image folder shall contain more than 2,000 images.

c. **Opticon/Concordance® Image Cross Reference file:** Images should be accompanied by an Opticon load file that associates each Bates number with its corresponding single-page TIFF image file. The Cross Reference file should also contain the relative image file path for each Bates numbered page. The Opticon/Concordance® Image Cross Reference file is a page level load file, with each line representing one image.

Below is a sample:

```
REL000000001,,.\IMAGES\001\REL000000001.TIF,Y,,,
REL000000002,,.\IMAGES\001\REL000000002.TIF,,,,
REL000000003,,.\IMAGES\001\REL000000003.TIF,,,,
REL000000004,,.\IMAGES\001\REL000000004.TIF,Y,,,
REL000000005,,.\IMAGES\001\REL000000005.TIF,,,,
```

The fields are, from left to right:

- Field One – (REL000000001) – the Bates Number. This value must be unique for each row in the OPT file. The first page of each document must match the BEGBATES# value of the respective document.
- Field Two – (blank) – the volume identifier. This field is not required.
- Field Three – (.\IMAGES\001\REL000000001.TIF) – The relative file path to the image to be loaded.
- Field Four – (Y) – the document marker. A "Y" indicates the start of a unique document.
- Field Five – (blank) – The folder indicator. This field is not required, and typically is not used.
- Field Six – (blank) – The box indicator. This field is not required, and typically is not used.
- Field Seven – (blank) – The page count. This field is not required.

d. **Concordance® Load File**: Images should also be accompanied by a flat, document-level load file to provide the metadata and native files containing

2

Case 3:25-cv-00238-KAC-JEM    Document 60-3    Filed 12/12/25    Page 2 of 10
PageID #: 2599

delimited text that will populate fields in a searchable, flat database environment. The file encoding must be one of four types: Western European (Windows), Unicode (UTF16), Big-Endian Unicode or UTF8. The file should contain the required fields listed below in section 2.

1. Text delimited load files are defined using the standard Concordance delimiters. For example:

    | | |
    |---|---|
    | *Field Separator* | *¶ or Code 020* |
    | *Text Qualifier* | *þ or Code 254* |
    | *Newline* | *® or Code 174* |
    | *Multi-value* | *; or Code 059* |
    | *Nested values* | *\ or Code 092* |

2. This load file should contain the relative file path to the individual multi-page, document level text files.
3. This load file should also contain the relative file path to all provided native files, such as Microsoft Excel or PowerPoint files.
4. There should be one line for every record in a collection.
5. The load file must contain a header listing the metadata/database fields contained within. For example, if the data file consists of a First Page of a Record (BEGBATES#), Last Page of a Record (ENDBATES#), DOCDate, File Name, and a Title, then the structure may appear as follows:

    þBEGBATESþ¶þENDBATESþ¶þDOCDATEþ¶þFILENAMEþ¶þTITLEþ

e. **The extracted/OCR** text should be provided for each document as a separate single text file. The file name should match the BEGBATES for that specific record and be accompanied by the .txt extension.

f. **Directory and folder structure:** The directory structure for productions should be:
    \*CaseName*\**LoadFiles**
    \*CaseName*\**Images** < For supporting images (can include subfolders as needed, should not include more than 2,000 files per folder)
    \*CaseName*\**Natives** <Native Files location (can include subfolders as needed, should not include more than 2,000 files per folder)
    \*CaseName*\**Text** <Extracted Text files location (can include subfolders as needed, should not include more than 2,000 files per folder)
    \*CaseName*\**Translated Images** < For supporting images of translated documents (as needed for rendered translated documents; can include subfolders as needed, should not include more than 2,000 files per folder)
    \*CaseName*\**Translated Text** <Translated Text files location (as needed for translated text; can include subfolders as needed, should not include more than 2,000 files per folder).

3

## 2. Required Metadata/Database Fields

The load file will contain the following fields. The parties will meet and confer, as needed, concerning the handling of any documents that lack data related to any of the required fields.

| FIELD NAME | DESCRIPTION/COMMENTS |
|---|---|
| BEGBATES | beginning production number |
| ENDBATES | ending production number |
| BEGATTACH | first Bates number of the attachment range |
| ENDATTACH | last Bates number of the attachment range |
| ATTACHLIST | list of attachment filenames |
| VOLUME | production volume identifier |
| ATTACHCOUNT | number of attachments to a parent record |
| PAGECOUNT | number of pages in produced document |
| CONFIDENTIALITY | confidentiality designation |
| REDACTED | indication of redacted content |
| CUSTODIANS | individuals or entities from whom record was collected; may contain multiple values for deduplicated content |
| DOCTYPE | type of item (email, e-doc,etc.) |
| FILENAME | original file name of the document |
| FILEEXT | original file extension of the document |
| FILESIZE | file size in bytes |
| SOURCEPATHS | file system or email storage paths of source items; may contain multiple values for deduplicated content |
| DATECREATED | file system date created metadata for file; format as MM/DD/YYYY |
| TIMECREATED | file system time created metadata for file; format as HH:mm:ss |
| DATEMODIFIED | file system date last modified metadata for file; format as MM/DD/YYYY |
| TIMEMODIFIED | file system time last modified metadata for file; format as HH:mm:ss |
| TIMEZONE | time zone in which data was processed |
| DOCDATE | last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent. Do not provide 00/00/0000. |
| MD5HASH | MD5 hash value of the file |
| AUTHOR | document author metadata |
| TITLE | document title metadata |
| HIDDENCONTENT | indicates whether the original file contained hidden material |
| EMAILSUBJECT | email subject |
| EMAILFROM | email sender address |
| EMAILTO | email primary recipient(s) address(es) |
| EMAILCC | email CC recipient(s) address(es) |
| EMAILBCC | email BCC recipient(s) address(es) |
| EMAILDATESENT | date email was sent; format as MM/DD/YYYY |
| EMAILTIMESENT | date email was sent; format as HH:mm:ss |

| EMAILMESSAGEID | unique internet message ID value |
|---|---|
| EMAILINREPLYTO | unique internet message ID value of the item to which the record was in reply |
| TEXTLINK | relative path to extracted text file in the production volume |
| NATIVELINK | relative path to native file in the production volume |

**3.  De-Duplication, Near-Duplicate Identification, Technology Assisted Review, E-mail Conversation Threading and Other Culling Procedures**

a. De-duplication shall be performed using a similarity function of 95% or greater based on content—across all custodians. De-duplication shall also be performed on records contained 100% within another record using email threading technology. The custodian of each record shall be populated in the CUSTODIANS field.
b. All files found on the National Institute of Standards and Technology (NIST) list, commonly referred to as deNISTing, should be excluded from delivery. All available metadata from files withheld from delivery due to the deNISTing process will be available upon request.
c. All files should be globally de-duplicated or de-duplication of exact hash copies within a custodian's data may be done at the family level. If globally de-duplicated, the files should be globally de-duplicated with the following conditions:

   i. The "CUSTODIANS" metadata field (listing of all custodians who had the document before de-duplication) must be provided with the document production.
   ii. The "CUSTODIANS File Path" metadata field (listing all the file locations of the document before de-duplication) must be provided with the document production.
   iii. All files and metadata for the duplicate documents removed during de-duplication must be preserved and available for production upon request.
   iv. De-duplication must be done by document family, not by individual document.
   v. A detailed description of the steps taken to de-duplicate (including the process of obtaining hash values) must be provided to the opposing party. For every production after the first, a separate Unified Custodian overlay shall be provided. If no overlay is necessary due to the fact that no documents de-duped out in connection with previously produced documents, this shall be expressly stated in the cover letter accompanying the subsequent production(s).

d. The Producing Party shall not use any other procedure to cull, filter, group, separate or de-duplicate, or near-deduplicate, etc. (i.e., reduce the volume of) responsive material before discussing with and obtaining the written approval of the opposing party. All objective coding (e.g., near duplicate ID or e-mail thread ID) shall be discussed and produced as additional metadata fields.

**4.  Hidden Text**

All hidden text (e.g. track changes, hidden columns, mark-ups, notes) shall be expanded and rendered in the image file. Except for Adobe PDF files, for any files that cannot be expanded, the native files shall be produced with the image file. If an Adobe PDF's hidden text cannot be expanded and rendered in an image file, it need only be produced in native form if individually requested by a specific document identifier or bates number.

## 5. Embedded Files and File Links

All non-graphic embedded objects (Word documents, Excel spreadsheets, .wav files, etc.) that are found within a file shall be extracted and produced. For purposes of production, the embedded files shall be treated as attachments to the original file, with the parent/child relationship preserved. The parties shall meet and confer regarding how to treat file links, including links within e-mails to centralized document repositories (e.g. Microsoft OneDrive and Google Drive).

## 6. Image-Only Files

All image-only files (non-searchable .pdfs, multi-page TIFFs, Snipping Tool and other screenshots, etc., as well as all other images that contain text) shall be produced with OCR text and metadata/database fields identified in section 2 for "Other ESI."

## 7. Encrypted Files

Any data (whether individual files or digital containers) that is protected by a password, encryption key, digital rights management, or other encryption scheme, shall be decrypted prior to processing for production.

   a. The unencrypted text shall be extracted and provided per section 1.e. The unencrypted files shall be used to render images and provided per sections 1.a, 1.b, and 1.c. The unencrypted native file shall be produced pursuant to sections 9–16.
   b. If such protected data is encountered but unable to be processed, each file or container shall be reported as an exception and shall include all available metadata associated with the data, including custodian information.

## 8. Production of Imaged Hard Copy Records

All imaged hard copy material shall reflect accurate document unitization including all attachments and container information (to be reflected in the BEGATTACH, ENDATTACH, ATTACHLIST, and ATTACHCOUNT).

   a. Unitization in this context refers to identifying and marking the boundaries of documents within the collection, where a document is defined as the smallest physical fastened unit within a bundle. (e.g., staples, paperclips, rubber bands, folders, or tabs in a binder).
   b. The first document in the collection represents the parent document and all other documents will represent the children.
   c. All imaged hard copy documents shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). All documents shall be produced in

> black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image. Images identified as requiring color shall be produced as color 300 dpi single-page JPEG files.
> d. All objective coding (e.g., document date or document author) should be discussed and could be produced as additional metadata/database fields should they be deemed as necessary.

### 9. Production of Spreadsheets and Presentation Files

All spreadsheet and presentation files (e.g. Excel, PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format), with an associated placeholder image and endorsed with a unique Bates number. *See* section 17 below. The file produced should maintain the integrity of all source, custodian, application, embedded and related file system metadata.

### 10. Production of E-mail Repositories

E-mail repositories, also known as e-mail databases (e.g., Outlook PST, Lotus NSF), can contain a variety of items, including: messages, calendars, contacts, tasks, etc. E-mail database systems should not be produced without consultation with the opposing party about the format for the production of such databases.

### 11. Production of Items Originally Generated in E-mail Repositories but Found and Collected Outside of E-mail Repositories, i.e., "Stand-alone" Items

Any parent e-mail or other parent items (e.g., calendar, contacts, tasks, notes, etc.) found and collected outside of e-mail repositories (e.g., items having extensions .msg, .htm, .mht, etc.), shall be produced with the "Loose E-mail" metadata fields outlined in section 2, including but not limited to any attachments, maintaining the family (parent/child) relationship.

### 12. Production of Social Media

Prior to any production of responsive data from social media (e.g., Twitter, Facebook, LinkedIn, etc.), the parties shall meet and confer over the potential export formats before collecting the information, to ensure it is collected and produced in a way that preserves the original metadata, has a clear chain of custody, and provides as much information as possible regarding the source and history of each individual communication.

### 13. Production of Structured Data

Production of responsive data from a structured database (e.g., Oracle, SAP, SQL, MySQL, QuickBooks, proprietary timekeeping, accounting, sales rep call notes, CRMs, SharePoint, etc.), if in the form of a report, should be in comma separated values (.csv) format. If production in a report is not feasible, the parties will meet and confer on alternative production formats.

### 14. Production of Photographs with Native File or Digitized ESI

Photographs shall be produced as single-page JPEG files with a resolution equivalent to the original image as they were captured/created. All JPEG files shall have extracted metadata/database fields provided in a Concordance® load file format as outlined in section 2.

### 15. Production of Images from which Text Cannot be OCR Converted

An exception report or other indication shall be provided when limitations of paper digitization software/hardware or attribute conversion do not allow for OCR text conversion of certain images. The report shall include the Bates number(s) corresponding to each such image.

### 16. Production of Native Files (When Applicable Pursuant to These Specifications)

Production of native files, as called for in these specifications, shall have extracted metadata/database fields provided in a Concordance® load file format as outlined in section 2, as well as a placeholder image which indicates a native file is being produced.

ESI shall be produced in a manner which is functionally usable. The following are examples:

a. AutoCAD data, e.g., DWG and DXF files, shall be processed/converted and produced as single-page JPG image files and accompanied by a Concordance® Image formatted load file as described above. The native files shall be placed in a separate folder on the production media and linked by a hyperlink within the text load file.
b. GIS data shall be produced in its native format and be accompanied by a viewer such that the mapping or other data can be reviewed in a manner that does not detract from its ability to be reasonably understood.
c. Audio and video recordings shall be produced in native format and be accompanied by a viewer if such recordings do not play in a generic application (e.g., Windows Media Player).

### 17. Bates Number Convention

All images should be assigned Bates numbers before production. Each Bates number shall be a standard length, include leading zeros in the number, and be unique for each produced page. The numbers should be endorsed on the actual images at a location that does not obliterate, conceal, or interfere with any information from the source document. Native files should be assigned a single Bates number for the entire file which will represent the native document in the Opticon/ Concordance® Image Cross Reference file. The load file will include a reference to the native file path and utilize the NATIVELINK metadata field). The Bates number shall not exceed 30 characters in length and shall include leading zeros in the numeric portion. The Bates number shall be a unique number given sequentially (i.e. page one of document is PREFIX0000000001, page two of the same document is PREFIX0000000002) to each page (when assigned to an image) or to each document (when assigned to a native file). In the event of rolling productions, the

8

numbering convention shall remain consistent throughout the entire production. There shall be no spaces between the prefix and numeric value. If suffixes are required, please use "dot notation." Below is a sample of dot notation:

|         | *Document #1*           | *Document #2*           |
|---------|-------------------------|-------------------------|
| *Page #1* | PREFIX00000000001       | PREFIX00000000002       |
| *Page #2* | PREFIX00000000001.002   | PREFIX00000000002.002   |
| *Page #3* | PREFIX00000000001.003   | PREFIX00000000002.003   |

**18.    Other Production Formats**

If other ESI or document production formats are required but are not included in these specifications, the parties shall confer on the specific technical production specifications required prior to production.

**19.    Media Formats for Storage and Delivery of Production Data**

Electronic documents and data shall be delivered on any of the following media:

   a. CD-ROMs and/or DVD-R (+/-) formatted to ISO/IEC 13346 and Universal Disk Format 1.02 specifications; Blu-ray.
   b. External hard drives (USB 3.0 or higher, formatted to NTFS format specifications) or flash drives.
   c. Government approved File Transfer Protocol (FTP) technologies.
   d. Storage media used to deliver ESI shall be appropriate to the size of the data in the production.
   e. Media should be labeled with the case name, production date, Bates range, and producing party.

**20.    Virus Protection and Security for Delivery of Production Data**

Production data shall be free of computer viruses. Any files found to include a virus shall be quarantined by the producing party and noted in a log to be provided to the opposing party. Password protected or encrypted files or media shall be provided with corresponding passwords and specific decryption instructions.

**21.    Compliance and Adherence to Generally Accepted Technical Standards**

Production shall be in conformance with standards and practices established by the National Institute of Standards and Technology ("NIST" at www.nist.gov), U.S. National Archives & Records Administration ("NARA" at www.archives.gov), American Records Management Association ("ARMA International" at www.arma.org), American National Standards Institute ("ANSI" at www.ansi.org), International Organization for Standardization ("ISO" at www.iso.org), and/or other U.S. Government or professional organizations.

**22. Read Me Text File**

All deliverables shall include a "read me" text file at the root directory containing: total number of records, total number of images/pages or files, mapping of fields to plainly identify field names, types, lengths, and formats. The file shall also indicate the field name to which images will be linked for viewing, date and time format, and confirmation that the number of files in load files matches the number of files produced.

**23. Transmittal Letter to Accompany Deliverables**

All deliverables should be accompanied by a transmittal letter including the production date, case name and number, producing party name, and Bates range produced. Technical instructions on how to decrypt media should be included in the transmittal letter but the password should be transmitted separately.