Civil Action No. 25-cv-00238

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Graciela S. Cabana

was received by me on *(date)* 08/18/2025 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Miranda H. Jones , who is
designated by law to accept service of process on behalf of *(name of organization)*
Graciela S. Cabana, in her official capacity on *(date)* 02/18/2025 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: 02/18/2026

/s/ Margot J. Cleveland
*Server's signature*

Margot J. Cleveland
*Printed name and title*

4250 N. Fairfax Dr. Ste. 300
Arlington, VA
22203
*Server's address*

Additional information regarding attempted service, etc: